PORTER HEDGES LLP
1000 Main, 36th Floor
Houston, TX 77002
Telephone: 713-226-6000
John F. Higgins
Eric D. Wade
Thomas A. Woolley, III

*Counsel to Defendants A Holmes & H Holmes TTEE, The Holmes Family Trust U/A DTD 03/06/1992, Eric A Silva, Jesus Chagoya & Rose Mary Chagoya JT Ten, Kirk E Heyne & Karen Twitchell Ten/Com, Sandra A Smith Ten/Com, Laura N Tucker*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LYONDELL CHEMICAL COMPANY, et al.,** | : | **Case No. 09-10023 (REG)** |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| **EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST,** | : : | |
| **Plaintiff,** | : | |
| v. | : | **Adv. Pro. No. 10-5525 (REG)** |
| **A Holmes & H Holmes TTEE, The Holmes Family Trust U/A DTD 03/06/1992, et al.,** | : | **STIPULATION AND ORDER** |
| **Defendants.** | : | |

# STIPULATION AND ORDER

WHEREAS, the Plaintiff initiated the above-captioned action in the United States Bankruptcy Court of the Southern District of New York on December 23, 2010; and

WHEREAS, Plaintiff and various of the Defendants have agreed to extend the time for Defendants to respond to the Complaint until March 30, 2010.

**IT IS HEREBY STIPULATED AND AGREED,** by and among Plaintiff and the undersigned Defendants (collectively, the "Parties") that:

1. The time for the Defendants to move, answer, or otherwise respond to the Complaint is extended through and including March 30, 2010.

2. This Stipulation relates solely to the time for the Defendants to move, answer or otherwise respond to the Complaint, and the Parties reserve all other rights with respect to this action.

3. This Stipulation may be executed by facsimile or pdf form, and signatures in such form shall be deemed originals for purposes of entering and enforcing this Stipulation.

Dated: February 14, 2011

| **PORTER HEDGES LLP** | **BROWN RUDNICK LLP** |
|---|---|
| By: /s/ John F. Higgins<br>John F. Higgins<br>Eric D. Wade<br>Thomas A. Woolley, III<br>1000 Main, 36th Floor<br>Houston, TX 77002<br>Telephone: 713-226-6000<br>Facsimile: 713-226-6248 | By:/s/ Sigmund S. Wissner-Gross<br>Sigmund S. Wissner-Gross<br>May Orenstein<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800 |
| *Counsel to Defendants A Holmes & H Holmes TTEE, The Holmes Family Trust U/A DTD 03/06/1992, Eric A Silva, Jesus Chagoya & Rose Mary Chagoya JT Ten, Kirk E Heyne & Karen Twitchell Ten/Com, Sandra A Smith Ten/Com, Laura N Tucker* | -and-<br><br>Steven D. Pohl<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br><br>*Counsel to Plaintiff Edward S. Weisfelner, as Trustee of the LB Creditor Trust* |

**SO ORDERED:**
New York, New York

_____

_____
HON. ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

2179956v3