WILMER CUTLER PICKERING
  HALE AND DORR LLP
Philip D. Anker
Peter J. Macdonald
Jeremy S. Winer
Ross E. Firsenbaum
Tamar Kaplan-Marans
New York, NY 10022
Tel. (212) 230-8800
Fax (212) 230-8888

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Craig Goldblatt
Joel Millar
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; State Street Bank & Trust Company; Credit Suisse Securities (USA) LLC; J.P. Morgan Clearing Corp.; Deutsche Bank Securities Inc.; National Financial Services LLC; Brown Brothers Harriman & Co.; PNC Bank, National Association (in its capacity as PNC Bank, National Association and as successor-by-merger to National City Bank); Edward D. Jones & Co., L.P.; Amalgamated Bank; Scotia Capital Inc.; Doft and Co., Inc.; Elisabeth H. Doft; Mitsubishi UFJ Trust & Banking Corporation (U.S.A.); MJR Partners; BMO Nesbitt Burns Inc.; BMO Nesbitt Burns Trading Corp. S.A.; Bank of Tokyo-Mitsubishi UFJ Trust Company; RBC Dominion Securities; Union Bank, N.A. (f/k/a Union Bank of California, N.A.); Ferris, Baker Watts, Incorporated; Swiss American Securities, Inc.; TD Waterhouse Canada; Custodial Trust Company; U.S. Bank N.A.; and HBK Master Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>LYONDELL CHEMICAL COMPANY, et al.,<br><br>Debtors. | Case No. 09-10023 (REG)<br><br>Chapter 11 |
| EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>A HOLMES & H HOLMES TTEE, et al.,<br><br>Defendants. | (Jointly Administered)<br><br>Adv. Pro. No. 10-05525 (REG)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, and the Declaration of Jeremy S. Winer, dated April 7, 2011, and exhibits thereto, Defendants Morgan Stanley & Co. Incorporated; State Street Bank & Trust Company; Credit Suisse Securities (USA) LLC; J.P. Morgan Clearing Corp.; Deutsche Bank Securities Inc.; National Financial Services LLC; Brown Brothers Harriman & Co.; PNC Bank, National Association (in its capacity as PNC Bank, National Association and as successor-by-merger to National City Bank); Edward D. Jones & Co., L.P.; Amalgamated Bank; Scotia Capital Inc.; Doft and Co., Inc.; Elisabeth H. Doft; Mitsubishi UFJ Trust & Banking Corporation (U.S.A.); MJR Partners; BMO Nesbitt Burns Inc.; BMO Nesbitt Burns Trading Corp. S.A.; Bank of Tokyo-Mitsubishi UFJ Trust Company; RBC Dominion Securities; Union Bank, N.A. (f/k/a Union Bank of California, N.A.); Ferris, Baker Watts, Incorporated; Swiss American Securities, Inc.; TD Waterhouse Canada; Custodial Trust Company; U.S. Bank N.A.; and HBK Master Fund L.P. by and through their undersigned counsel, will move before the Honorable Robert E. Gerber, United States Bankruptcy Judge, of the United States Bankruptcy Court, Southern District of New York, Manhattan Division, One Bowling Green, New York, New York, on a date and at a time to be determined, for an Order dismissing the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), as incorporated in Fed. R. Bank. P. 7012.

Dated: April 7, 2011  Respectfully Submitted,

                               WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

By: /s/ Philip D. Anker_____
    Philip D. Anker
    Peter J. Macdonald
    Jeremy S. Winer
    Ross E. Firsenbaum
    Tamar Kaplan-Marans

    399 Park Avenue
    New York, New York 10022
    Tel.: (212) 230-8800
    Fax: (212) 230-8888

        *- and -*

    Craig Goldblatt
    Joel Millar

    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    Tel.: (202) 663-6000
    Fax: (202) 663-6363

    *Attorneys for Defendants Morgan Stanley & Co. Incorporated; State Street Bank & Trust Company; Credit Suisse Securities (USA) LLC; J.P. Morgan Clearing Corp.; Deutsche Bank Securities Inc.; National Financial Services LLC; Brown Brothers Harriman & Co.; PNC Bank, National Association (in its capacity as PNC Bank, National Association and as successor-by-merger to National City Bank); Edward D. Jones & Co., L.P.; Amalgamated Bank; Scotia Capital Inc.; Doft and Co., Inc.; Elisabeth H. Doft; Mitsubishi UFJ Trust & Banking Corporation (U.S.A.); MJR Partners; BMO Nesbitt Burns Inc.; BMO Nesbitt Burns Trading Corp. S.A.; Bank of Tokyo-Mitsubishi UFJ Trust Company; RBC Dominion Securities; Union Bank, N.A. (f/k/a Union Bank of California, N.A.); Ferris, Baker Watts, Incorporated; Swiss American Securities, Inc.; TD Waterhouse Canada; Custodial Trust Company; U.S. Bank N.A.; and HBK Master Fund L.P.*