Sigmund S. Wissner-Gross
May Orenstein
BROWN RUDNICK LLP
Seven Times Square
New York, NY  10036
(212) 209-4800

Steven D. Pohl
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

*Counsel for Edward S. Weisfelner,
as Litigation Trustee of the LB Litigation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br> LYONDELL CHEMICAL COMPANY, et al., <br><br> Debtors. | Case No.  09-10023 (REG) <br><br> Chapter 11 |
| EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> A HOLMES & H HOLMES TTEE, et al., <br><br> Defendants. | (Jointly Administered) <br><br> Adv. Pro. No. 10-05525 (REG) |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff hereby dismisses these actions solely against defendant ITG Inc. without prejudice.

Dated: New York, New York
June 17, 2011

**BROWN RUDNICK LLP**

By: /s/ Sigmund S. Wissner-Gross
    Sigmund S. Wissner-Gross
    May Orenstein
    Seven Times Square
    New York, NY 10036
    (212) 209-4800

    Steven D. Pohl
    BROWN RUDNICK LLP
    One Financial Center
    Boston, MA 02111
    (617) 856-8200

    *Counsel for Edward S. Weisfelner,*
    *as Litigation Trustee of the LB Litigation Trust*