Sigmund S. Wissner-Gross
May Orenstein
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

Steven D. Pohl
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel for Edward S. Weisfelner,
as Litigation Trustee of the LB Litigation Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 09-10023 (REG) |
| LYONDELL CHEMICAL COMPANY, et al., | |
| | Chapter 11 |
| Debtors. | |
| EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST, | (Jointly Administered) |
| Plaintiff, | Adv. Pro. No. 10-05525 (REG) |
| v. | |
| ALFRED R HOFFMANN CHARLES SCHWAB & CO INC. CUST IRA CONTRIBUTORY, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff hereby dismisses these actions solely against defendant Morgan Keegan & Co. without prejudice.

Dated: New York, New York
August 30, 2011

                         **BROWN RUDNICK LLP**

                By: /s/ Sigmund S. Wissner-Gross
                    Sigmund S. Wissner-Gross
                    May Orenstein
                    7 Times Square
                    New York, New York 10036
                    (212) 209-4800

                    Steven D. Pohl
                    BROWN RUDNICK LLP
                    One Financial Center
                    Boston, MA 02111
                    (617) 856-8200

                    *Counsel for Edward S. Weisfelner*,
                    *as Litigation Trustee of the LB Litigation Trust*